PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Richard H. Hikida, Bar No. 196149
rhikida@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Defendant
IOVATE HEALTH SCIENCES U.S.A. INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PATRICK KLINE and YAMIL CARABALLO, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>IOVATE HEALTH SCIENCES U.S.A. INC.,<br><br>Defendant. | Case No. 15-cv-2387-L-WVG<br><br>**MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>[Memorandum of Points and Authorities and Declaration of Scott J. Ferrell filed concurrently herewith]<br><br>Date:      May 30, 2017<br>Time:     10:30 a.m.<br>Judge:    Hon. M. James Lorenz<br>Ctrm:     5B<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on May 30, 2017, or as soon thereafter as counsel may be heard, in Courtroom 5B of the above-entitled Court, located at 221 West Broadway, San Diego, CA 92101, the above-captioned Defendant Iovate Health Sciences U.S.A. Inc. ("Defendant") will, and hereby does move this Court for an order dismissing the Second Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that no oral argument shall be conducted unless requested by the Court.

This Motion is based upon this Notice, upon the Memorandum of Points and Authorities, the Declaration of Scott J. Ferrell, upon the records and files of this action, and upon such additional argument as the Court may consider at the hearing of this Motion.

Dated: April 19, 2017            PACIFIC TRIAL ATTORNEYS, APC

                                 By: /s/ Scott J. Ferrell
                                     Scott J. Ferrell
                                     Attorneys for Defendant
                                     IOVATE HEALTH SCIENCES U.S.A. INC.
                                     E-mail: sferrell@pacifictrialattorneys.com